Crystal D. LEWIS, Plaintiff–Appellant,

v.

NYC POLICE DEPARTMENT, Raymond Kelly, Commissioner, Defendants–Appellees.

No. 12–4810–CV.

United States Court of Appeals, Second Circuit.

Nov. 1, 2013.

Crystal D. Lewis, pro se, Brooklyn, NY.

Marta Soja Ross, Assistant Corporation Counsel, for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, NY, for Defendants–Appellees.

PRESENT: ROBERT A. KATZMANN, Chief Judge, AMALYA L. KEARSE, RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Crystal D. Lewis, proceeding *pro se*, appeals the district court's grant of summary judgment in favor of Defendants–Appellees the New York City Police Department and Commissioner Raymond Kelly with respect to her claims for discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, as well as for discrimination and retaliation in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.* We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"We review a district court's grant of summary judgment *de novo*, construing the evidence in the light most favorable to the non-moving party and drawing all reasonable inferences in its favor." *Allianz Ins. Co. v. Lerner*, 416 F.3d 109, 113 (2d Cir.2005). "We will affirm the judgment only if there is no genuine issue as to any material fact, and if the moving party is entitled to a judgment as a matter of law." *Id.* Summary judgment is appropriate "[w]here the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986).

Here, an independent review of the record and relevant case law reveals that the district court properly granted summary judgment in favor of the Appellees on Lewis's employment discrimination claims. Because Lewis raises no arguments on appeal that were not properly before the district court, we affirm for substantially the same reasons stated by the district court in its thorough November 8, 2012 decision.

We have considered all of Lewis's remaining arguments and find them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED.**